# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| JUDITH ALCOCER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV615-094 |
| BULLOCH COUNTY SHERIFF'S OFFICE et al., | ) |
| Defendants. | ) |

## ORDER

The Court having reviewed and considered the petition of Homero Leon, Jr., of the law firm of Leon & Kim, LLC, 3006 Clairmont Road, Atlanta, Georgia 30329, for permission to appear pro hac vice on behalf of plaintiff Judith Alcocer, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Homero Leon, Jr., as counsel of record for plaintiff Judith Alcocer, in this case.

**SO ORDERED** this __7th__ day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA