# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

JUDITH ALCOCER,

    Plaintiff,

        v.

BULLOCH COUNTY SHERIFF'S
OFFICE, et al.,

    Defendants.

CV 615-94

FILED
Scott L. Poff, Clerk
United States District Court

*By James Burrell at 11:16 am, Oct 26, 2017*

## O R D E R

**IT IS ORDERED** that lead counsel for the parties in the captioned case are instructed to meet and confer, in person, and prepare and file with the Clerk of this Court a joint <u>consolidated</u> proposed pretrial order. The proposed pretrial order shall be filed by the close of business on **November 29, 2017**. Counsel for <u>Plaintiffs</u> shall have the responsibility to initiate compliance herewith.

The form of the proposed pretrial order can be located at the Court's website www.gas.uscourts.gov under "District Court"/"Court Forms". A party's failure to comply with the requirements hereof may result in dismissal of the complaint or answer, or in other sanctions determined appropriate by the Court. The Court will not accept for filing any proposed

pretrial order prepared only from telephone conversations. The proposed pretrial order shall include a paragraph stating the date and location of the meeting, the duration of the meeting and the names of all counsel or parties participating. Proposed pretrial orders which are not consolidated (proposed jointly) will not be accepted for filing without the written permission of the Court. If any party in this case is not represented by counsel, such party shall be obligated to comply with the requirements hereof in the same manner as counsel.

All evidentiary objections and motions in limine which have not been resolved prior to the pretrial conference shall be submitted in writing by the close of business on **December 22, 2017**. All responses thereto shall be submitted by the close of business on **January 9, 2018**.

The Clerk of the Court has scheduled the pretrial conference for **Wednesday, January 24, 2018 at 10:00 a.m.**, and jury selection and trial assignment is scheduled for **Monday, January 29, 2018 at 9:00 a.m.** Both the jury selection and pre-trial conference will occur in Statesboro. At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. All trial exhibits (in digital format) and an exhibit list <u>must</u> be provided to the Court at the pretrial

conference.    Lead  counsel  for  each  party  <u>must</u>  attend  the
pretrial conference.

**ORDER ENTERED** at  Augusta,  Georgia,  this  *26th* day  of
October, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA