IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JUDITH ALCOCER,

    Plaintiff,

    v.                   CV 615-94

BULLOCH COUNTY SHERIFF'S
OFFICE, et al.,

    Defendants.

# ORDER

Defendants have appealed this Court's denial of qualified immunity. (Doc. 111.) When a district court denies qualified immunity, the Eleventh Circuit has interlocutory jurisdiction as long as the denial is "based even in part on a disputed issue of law" and the appeal is non-frivolous. Cottrell v. Caldwell, 85 F.3d 1480, 1485 (11th Cir. 1996). Because arguable probable cause is an issue of law, id. at n.1, and Defendants' appeal is non-frivolous, the Eleventh Circuit has interlocutory jurisdiction over Defendants' appeal. Thus, the Court **STAYS** this case pending a decision by the Eleventh Circuit.

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of November, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA