```
IN THE UNITED STATES DISTRICT COURT FOR THE
        SOUTHERN DISTRICT OF GEORGIA
              STATESBORO DIVISION
```

```
JUDITH ALCOCER,                     *
                                    *
      Plaintiff,                    *
                                    *
      v.                            *      CV 615-094
                                    *
BULLOCH COUNTY SHERIFF'S OFFICE;    *
RANDALL NORMAN, Individually        *
and in his Official Capacity;       *
SHERIFF LYNN M. ANDERSON,           *
Individually and in his Official    *
Capacity; JAILER ASHLEY LYNN        *
MILLS, in her Official Capacity;    *
CAPTAIN JOHN STATEN, in his         *
Official Capacity; CPT. JASON       *
KEARNEY, in his Individual          *
Capacity; and SGT. KENT MUNSEY,     *
                                    *
      Defendants.                   *
```

# O R D E R

On September 29, 2017, this Court granted in part and denied in part Defendants' motion for summary judgment. In relevant part, this Court denied Defendant Ashley Lynn Mills and Defendant John Staten's motion for summary judgment on the issue of qualified immunity as it related to Plaintiff's alleged unconstitutional detention. (Order of Sept. 29, 2017, Doc. 109, at 30.)

Thereafter, this case was stayed pending Mills and Staten's appeal to the Eleventh Circuit Court of Appeals. The Eleventh Circuit reversed this Court's denial of summary judgment on the issue of Mills and Staten's qualified immunity and remanded the

case to this Court with instructions to conduct an individualized assessment of each Defendant's actions. (See <u>Alcocer v. Mills et al.</u>, No. 17-14804 (11th Cir. Oct. 9, 2018), Doc. 116.)

Accordingly, **IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**IT IS FURTHER ORDERED** that the stay in this case is lifted and the case is placed on the active docket of this Court.

In its opinion, the Eleventh Circuit indicated the Court "may choose to conduct the analysis on the basis of the record as it currently exists, or it may allow the parties to supplement their summary-judgment submissions in light of our opinion today." (Doc. 116, at 14.) To that end, Defendants Mills and Staten move to supplement the record in this case and provide additional briefing on the issue of qualified immunity. Upon consideration, the Court finds supplements to the record and additional briefing is warranted and **GRANTS** Defendants' motion to supplement (doc. 117), only on the issue of Defendants Mills and Staten's qualified immunity.

The parties are **DIRECTED** to file an appropriate joint proposed scheduling order by **Friday, November 30, 2018**.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of November, 2018.

/s/ J. Randal Hall
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA