# United States District Court
## Southern District of Georgia

JUDITH ALCOCER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:15CV-094

BULLOCH COUNTY SHERIFF'S OFFICE, et. al.

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated May 21, 2019 and September 29, 2017 granting in part the Defendant's Motion for Summary Judgment. Judgment is hereby entered in favor of defendants, Bulloch County Sheriff's Office, Randal Norman, Sheriff Lynn Anderson, Captain John Staten, Captain Jason Kearney, and Kent Munsey.

May 21, 2019
Date

Scott L. Poff
Clerk

*James R. Bunell*
(By) Deputy Clerk