IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
JUDITH ALCOCER,                         *
                                        *
     Plaintiff,                         *
                                        *
     v.                                 *   CV 615-094
                                        *
BULLOCH COUNTY SHERIFF'S OFFICE;        *
RANDALL NORMAN, Individually and        *
in His Official Capacity;               *
SHERIFF LYNN M. ANDERSON,               *
Individually and in His Official        *
Capacity; JAILER ASHLEY LYNN            *
MILLS, In Her Individual                *
Capacity; CAPTAIN JOHN STATEN,          *
In His Individual Capacity; CPT.        *
JASON KEARNEY, In His Individual        *
Capacity; and SGT. KENT MUNSEY,         *
                                        *
     Defendants.                        *
```

**ORDER AND NOTICE OF
PRETRIAL PROCEEDINGS**

The Court finds this case is ready for trial. In preparation for trial, the Court **ORDERS** lead counsel for the Parties to meet and confer and prepare and file with the Clerk of this Court one consolidated proposed pretrial order. In light of the national emergency declared in response to the COVID-19 virus, the Parties may meet by video conference or telephone. The proposed pretrial order shall be filed **BY THE CLOSE OF BUSINESS ON THURSDAY, JUNE 11, 2020.** Plaintiff's counsel has the responsibility to initiate compliance herewith.

The form of the proposed pretrial order can be located at the Court's website, www.gasd.uscourts.gov, under "Forms" → "Civil Forms" → "Consolidated Pretrial Orders - Judges Hall, Bowen & Moore." A party's failure to comply with the requirements of this Order may result in dismissal of the complaint or other appropriate sanctions. The proposed pretrial order must include a paragraph stating the date, location or method, and duration of the meeting and the names of all counsel or parties participating. Unconsolidated proposed pretrial orders will not be accepted without the Court's written permission. If any party is unrepresented by counsel, such party must comply with this Order in the same manner as counsel.

The Parties must submit all unresolved evidentiary objections and motions in limine **BY THE CLOSE OF BUSINESS ON THURSDAY, JUNE 25, 2020.** Responses thereto must be submitted **BY THE CLOSE OF BUSINESS ON THURSDAY, JULY 9, 2020.** The Clerk has scheduled the pretrial conference for **THURSDAY, JULY 23, 2020, at 10:00 a.m.**, and jury selection and trial assignment are scheduled for **MONDAY, JULY 27, 2020, at 9:00 a.m.**, all to be held at the United States District Court located at 52 North Main Street, Statesboro, Georgia 30458. At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. The Parties **MUST** provide to the Court all trial exhibits (in digital format) and an exhibit list

2

at the pretrial conference. Lead counsel for each Party **MUST** attend.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of April, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA