IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
JUDITH ALCOCER                         *
                                       *
     Plaintiff,                        *
                                       *
     v.                                *
                                       *
BULLOCH COUNTY SHERIFF'S OFFICE;       *
RANDALL NORMAN, individually and       *
in his official capacity;              *
SHERIFF LYNN M. ANDERSON,              *     CV 615-094
individually and in his official       *
capacity; JAILER ASHLEY LYNN           *
MILLS, in her individual               *
capacity; CAPTAIN JOHN STATEN,         *
in his individual capacity;            *
CPT. JASON KEARNEY, in his             *
individual capacity; and SGT.          *
KENT MUNSEY,                           *
                                       *
     Defendants.                       *
```

O R D E R

Presently before the Court is the Parties' stipulation of dismissal. (Doc. 142.) Plaintiff and Defendants consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE.** The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of May, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA